# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0377. COSBY et al. v. WEST COAST FUND, LLC et al.**

The appellants have twice moved for and received extensions of time to file their appellate brief in compliance with this Court's rules. The last extension expired on December 1, 2023. To date, the appellants have failed to file their brief. Accordingly, the appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  12/19/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*